■ In the Matter of ALFRED C. and Another, Children Alleged to be Abused and/or Neglected. RICHARD C. et al., Appellants; CHILD PROTECTIVE SERVICES, Respondent. [655 NYS2d 589] —In a child protective proceeding pursuant to Family Court Act article 10, the parents appeal from an order of the Family Court, Rockland County (Warren, J.), dated November 9, 1994, which, after a fact-finding hearing, determined that Alfred C. was an abused and neglected child and that Suzanne C. was a neglected child.

Ordered that the order is affirmed, without costs or disbursements.

The right to counsel in a proceeding pursuant to Family Court Act article 10 is guaranteed by statute *(see,* Family Ct Act § 262 [a] [i]). In assessing a claim based upon ineffective assistance of counsel, the focus is whether the individual received "meaningful" assistance *(see, People v English,* 215 AD2d 871; *Matter of Erin G.,* 139 AD2d 737, 739; *Matter of De Vivo v Burrell,* 101 AD2d 607). Because of the potentially drastic consequences of a child protective proceeding, the statutory right to counsel under Family Court Act § 262 affords protections equivalent to the constitutional standard of effective assistance of counsel afforded defendants in criminal proceedings *(see, Matter of Erin G., supra,* at 739; *Matter of De Vivo v Burrell, supra).* Applying these principles here we find that the appellants were afforded meaningful representation, thereby satisfying the constitutional standard *(see, Matter of Erin G., supra,* at 739; *People v Satterfield,* 66 NY2d 796; *People v Baldi,* 54 NY2d 137).

The appellants' remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Ritter, Thompson and Krausman, JJ., concur.